■ In the Matter of JANET TURANSKY, Petitioner, v ALAN D. SCHEINKMAN et al., Respondents. [895 NYS2d 435]

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16 [1981]). In addition, "[b]ecause of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue,* 68 NY2d 348 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Balkin, J.P., Dickerson, Leventhal and Lott, JJ., concur.